■ JAMES M. RAE, Appellant, v STANTON CHASE OF NY et al., Defendants, and GOODRICH CAPITAL, LLC, et al., Respondents. [32 NYS3d 496]—Appeal from order, Supreme Court, New York County (Joan M. Kenney, J.), entered July 29, 2015, which, to the extent appealed from as limited by the briefs, denied plaintiff's motion for leave to amend the complaint to add causes of action for constructive fraud, aiding and abetting fraud, fraud, and negligent misrepresentation, unanimously dismissed as moot, without costs.

Given The dismissal of the action, by order of the motion court entered on April 26, 2016, for failure to prosecute, this appeal is moot. Concur—Acosta, J.P., Renwick, Saxe, Richter and Gische, JJ.